IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                             **Plaintiff,**<br><br>v.<br><br>ROBERT ALAN WICKHAM,<br><br>                             **Defendant.** | Case No. 25-CR-290-JFH |

## OPINION AND ORDER

Before the Court is an Unopposed Motion for Leave to Dismiss Without Prejudice ("Motion") filed by the United States of America ("Government"). Dkt. No. 32. The Motion states that Defendant Robert Alan Wickham ("Defendant") does not oppose the Government's request. *Id.* For the reasons set forth below, the Motion is GRANTED.

Count One of the Indictment charges Defendant with assault of an intimate/dating partner by strangling and attempting to strangle in Indian country, in violation of 18 U.S.C. §§ 1151, 1153, and 113(a)(8). Dkt. No. 2. In Count Two, he is charged with domestic assault in Indian country by a habitual offender, in violation of 18 U.S.C. §§ 1151 and 117. *Id.* On November 18, 2025, Defendant entered a blind plea to Count One. Dkt. No. 31. The Government now moves to dismiss Count Two without prejudice based on its assessment of the interests of justice and judicial economy and in consideration of "the victim's wishes, the defendant's acceptance of responsibility, and the efficient use of government and the Court's resources." Dkt. No. 32.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). In view of the facts set out in the Government's Motion, the Court concludes that

dismissal of Count Two is neither contrary to the public interest nor sought for an improper purpose. Accordingly, the Motion should be granted.

IT IS THEREFORE ORDERED that the Government's Unopposed Motion for Leave to Dismiss Without Prejudice [Dkt. No. 32] is GRANTED. Count Two of the Indictment [Dkt. No. 2] is hereby dismissed without prejudice against Defendant Robert Alan Wickham.

Dated this 3rd day of December 2025.

JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE